IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

SERGIO WINSTON ARCHER HENDERSON,

      Petitioner,

v.                                    Case No.  5D16-1217

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed June 17, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Sergio Winston Archer Henderson, Sneads, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the order denying Petitioner's pro se motion for post-conviction relief rendered March 30, 2015, in Case No. 09-CF-3535-A, in the Circuit Court in and for Seminole County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

LAWSON, C.J., ORFINGER, EDWARDS, JJ., concur.